Cause No. 1234109-A

82,501-02   1 of 4

John J. Smith
# 1757775
3060 FM.3514
Stiles Unit
Beaumont Tx. 77705

In the 184th District
Court of Harris County

Texas
RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 20 2015
Abel Acosta, Clerk

## APPLICANT'S TRAVERSE RESPONSE
## TO THE STATES PROPOSED FINDINGS
## OF FACT Conclusions OF LAW

Comes Now The Above Applicant And files this response. This response is directed to the Fact That the States Evidence is legally Insufficient to support its conviction. As the knife used to convict Applicant was tested for D.N.A. And finger-Prints And nothing was found. Also the Appllante Attorney failed to challenge the legal suffsiency of the Evidence. And The trial counsel failed to challenge The Legality of the admission of the Evidence. here in the knife used to convict Applicant.

Applicant dose hereby adopt And include into this response All States And Supreme court rulings Regarding legally insuffinent Evidence. Those cases Are herby Adopted by reterence regardless of the

fact they are actuall cited or not herein. I object to the States proposed findings of facts As being void for LEGAlly insufficient Evidence.

Tex Civ Pre Rem Code 131.001-131.008

42 USC § 1746

Respectfully Submitted:

John J. Smith
# 1757775

## Inmate Notary

I _John J. Smith_ here in TDCJ-CID #1757775 In Jefferson County At the Mark Stiles Unit swear under penalty of perjury that The forgoing is true And Correct:

John J. Smith
#1757775
2-9-15

## Prayer

I pray that the court find the evidence to be legaley insuffisient And give said applicant relief:

# Certificate
## OF Service

I hereby certify that on <u>Feb. 2</u> of 2015 A true And correct copy of Appellent Truverse reply To the States Proposed Findings of Fact Conclusions of Law was mailed to the clerk for the 184th District Court

Addressed to:

Chris Daniel
Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210-4651


Respectfully Submitted:
John J. Smith
#1757775